UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ACADEMY OF RELIGION; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS; PEN AMERICAN CENTER; TARIQ RAMADAN,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, in his official capacity as Secretary of the Department of Homeland Security; CONDOLEEZZA RICE, in her official capacity as Secretary of State,<br><br>Defendants. | **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 06-588 (PAC) |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), plaintiffs move this Court for a preliminary injunction (i) enjoining defendants from denying a visa to Professor Tariq Ramadan on the basis of 8 U.S.C. § 1182(a)(3)(B)(i)(VII); (ii) enjoining defendants from denying a visa to Professor Ramadan on the basis of speech that United States residents have a constitutional right to hear; (iii) requiring defendants immediately to adjudicate Professor Ramadan's pending visa application; and (iv) requiring defendants immediately to restore Professor Ramadan's eligibility to rely on the visa waiver program described in 8 U.S.C. § 1187(a).

The reasons for this motion are set forth in the accompanying memorandum. Plaintiffs have informed defendants of their intent to file this motion, and defendants have indicated their intent to oppose it.

Respectfully submitted,

_____
JAMEEL JAFFER (JJ-4653)
MELISSA GOODMAN (MG-7844)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004-2400
(212) 549-2500

JUDY RABINOVITZ (JR-1214)
LUCAS GUTTENTAG (LG-0329)
American Civil Liberties Union Foundation
  Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004-2400

ARTHUR N. EISENBERG (AE-2012)
New York Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004

CLAUDIA SLOVINSKY (CS-1826)
396 Broadway, Suite 601
New York, NY 10013

Of Counsel
LEON FRIEDMAN (LF-7124)
148 East 78th Street
New York, NY 10021

Attorneys for Plaintiffs

March 15, 2006