# Exhibit A

| Summary of Attorneys' Fees - *AAR v. Napolitano* | | | |
|---|---|---|---|
| Attorney | Time (hours) | Rate (hourly) | Fees |
| Jameel Jaffer | 472.2 | $500.00 | $236,100.00 |
| Melissa Goodman | 340.25 | $375.00 | $127,593.75 |
| Judy Rabinovitz | 42.6 | $600.00 | $25,560.00 |
| Arthur Eisenberg | 4.75 | $600.00 | $2,850.00 |
| **TOTALS** | **859.8** | | **$392,103.75** |