# Exhibit B

**Jameel Jaffer -- Billing in *AAR v. Napolitano***

| | | Pre-litigation research & Preparation of Complaint | | |
|---|---|---|---|---|
| Date | Time (hrs) | Rate | Fees | Description |
| 10/05/04 | 1.00 | $500.00 | $500.00 | Meeting with Ann Beeson, MG, Gabrielle Prisco re litigation strategy |
| 10/05/04 | 1.00 | $500.00 | $500.00 | Reading Singh-Kaur decision |
| 10/05/04 | 1.00 | $500.00 | $500.00 | Reviewing Mila Sohani research memo |
| 10/06/04 | 3.00 | $500.00 | $1,500.00 | Researching Rafeedie and associated cases |
| 10/07/04 | 1.00 | $500.00 | $500.00 | Call with Mila Sohonito discuss ressearch memo |
| 10/12/04 | 2.00 | $500.00 | $1,000.00 | Drafting litigation memo to Ann Beeson |
| 10/13/04 | 3.50 | $500.00 | $1,750.00 | Drafting litigation memo to Ann Beeson |
| 10/19/04 | 0.50 | $500.00 | $250.00 | Meeting with Gabrielle Prisco to discuss statutory research |
| 10/29/04 | 0.50 | $500.00 | $250.00 | Meeting with Freyda Gottesman to discuss litigation memo |
| 11/10/04 | 1.00 | $500.00 | $500.00 | Reviewing, editing Mila Sohoni's reearch memo |
| 11/15/04 | 2.00 | $500.00 | $1,000.00 | Researching statutory history |
| 11/16/04 | 2.50 | $500.00 | $1,250.00 | Researching statutory history |
| 11/17/04 | 1.00 | $500.00 | $500.00 | Meeting with Freyda Gottesman to discuss progress of research |
| 11/17/04 | 0.50 | $500.00 | $250.00 | Drafting email to Mila Sohoni re: vagueness research |
| 11/18/04 | 0.50 | $500.00 | $250.00 | Drafting email to Mila Sohoni re: vagueness research |
| 11/18/04 | 3.50 | $500.00 | $1,750.00 | Meeting with Freyda Gottesman to discuss litigation memo; meeting with Steve Shapiro re: vagueness research |

| | | | | |
|---|---|---|---|---|
| 11/22/04 | 3.50 | $500.00 | $1,750.00 | Reviewing litigation memo with Freyda Gottesman |
| 11/23/04 | 3.50 | $500.00 | $1,750.00 | Editing litigation memo for Ann Beeson |
| 11/24/04 | 1.50 | $500.00 | $750.00 | Meeting with Freyda Gottesman to discuss litigation memo |
| 11/29/04 | 2.50 | $500.00 | $1,250.00 | Reviewing Freyda's litigation memo |
| 11/30/04 | 1.50 | $500.00 | $750.00 | Meeting with Ann Beeson re litigation memo |
| 12/01/04 | 5.50 | $500.00 | $2,750.00 | Finalizing litigation memo |
| 12/10/04 | 1.00 | $500.00 | $500.00 | Call with Steve Herrick, AAR |
| 12/10/04 | 1.00 | $500.00 | $500.00 | Meeting with litigation team |
| 12/15/04 | 1.50 | $500.00 | $750.00 | Drafting letter to TR |
| 01/20/05 | 0.50 | $500.00 | $250.00 | Emailing AAR |
| 01/20/05 | 2.00 | $500.00 | $1,000.00 | Drafting email to ACLS listserv re: ideological exclusion |
| 02/01/05 | 2.50 | $500.00 | $1,250.00 | Drafting notes for call with TR |
| 02/02/05 | 0.50 | $500.00 | $250.00 | Revising retainer agreement |
| 02/03/05 | 0.50 | $500.00 | $250.00 | Meet with JR & MG re: FOIA |
| 02/06/05 | 3.50 | $500.00 | $1,750.00 | Preparing for call with TR; call with TR |
| 02/07/05 | 1.00 | $500.00 | $500.00 | Summarizing call with TR, drafting email to MG and JR |
| 02/07/05 | 1.50 | $500.00 | $750.00 | Calls with potential plaintiff orgs (AAUP, MESA) |
| 02/07/05 | 5.00 | $500.00 | $2,500.00 | Drafting letter to AAR re: possible participation in suit |
| 02/08/05 | 0.50 | $500.00 | $250.00 | Call with Martin Snyder, AAUP re: possible participation in suit |
| 02/08/05 | 3.50 | $500.00 | $1,750.00 | Drafting letter to AAR re: possible participation in suit |
| 02/09/05 | 5.00 | $500.00 | $2,500.00 | Drafting letter to AAR re: possible participation in suit |

| | | | |
|---|---|---|---|
| 02/10/05 | 1.00 | $500.00 | Meeting with Ann Beeson to discuss staffing for case |
| 02/10/05 | 2.50 | $500.00 | $1,250.00 | Reviewing letter to AAR, emailing TR re: same |
| 02/14/05 | 1.00 | $500.00 | $500.00 | Finalizing AAR letter |
| 02/15/05 | 1.00 | $500.00 | $500.00 | Meeting with MG re: litigation memo |
| 02/15/05 | 0.50 | $500.00 | $250.00 | Call with AAUP re: possible participation in suit |
| 02/16/05 | 0.50 | $500.00 | $250.00 | Call with Donna Euben, AAUP |
| 02/16/05 | 4.50 | $500.00 | $2,250.00 | Emailing TR; drafting letter to AAUP |
| 02/17/05 | 1.00 | $500.00 | $500.00 | Meeting with Freyda Gottesman re legal research |
| 02/17/05 | 1.00 | $500.00 | $500.00 | Revise AAUP letter; call with Donna Euben, AAUP |
| 02/18/05 | 0.50 | $500.00 | $250.00 | Call with Donna Euben, AAUP re: past litigation with ACLU |
| 02/20/05 | 4.50 | $500.00 | $2,250.00 | Researching waiver issue |
| 02/22/05 | 0.50 | $500.00 | $250.00 | Meeting with JR re: waiver issues |
| 02/22/05 | 1.00 | $500.00 | $500.00 | Reviewing draft of MG's First Amendment memo |
| 02/22/05 | 2.00 | $500.00 | $1,000.00 | Meeting with MG to discuss First Amendment memo |
| 02/24/05 | 0.50 | $500.00 | $250.00 | Emails to AAUP re: meeting |
| 02/24/05 | 4.50 | $500.00 | $2,250.00 | Reviewing case law for meeting with JR |
| 02/24/05 | 1.00 | $500.00 | $500.00 | Meeting with JR and MG |
| 02/25/05 | 1.50 | $500.00 | $750.00 | Drafting email to CS re: advisability of TR applying for new visa |
| 02/27/05 | 2.50 | $500.00 | $1,250.00 | Drafting email to CS re: advisability of TR applying for new visa |
| 02/27/05 | 2.00 | $500.00 | $1,000.00 | Drafting email to file re: constitutional avoidance issue |
| 02/27/05 | 1.50 | $500.00 | $750.00 | Researching constitutional avoidance |

| | | | | |
|---|---|---|---|---|
| 02/28/05 | 2.00 | $500.00 | $1,000.00 | Preparing for call with AAUP |
| 02/28/05 | 0.50 | $500.00 | $250.00 | Meeting with Ann Beeson re: AAUP call |
| 02/28/05 | 1.00 | $500.00 | $500.00 | Call with AAUP |
| 02/28/05 | 0.50 | $500.00 | $250.00 | Call with Ann Beeson re: AAUP |
| 03/03/05 | 2.00 | $500.00 | $1,000.00 | Drafting email to AAR re: exec. Committee approval; drafting retainers |
| 03/04/05 | 1.00 | $500.00 | $500.00 | Meeting with JR |
| 03/05/05 | 3.50 | $500.00 | $1,750.00 | Emails to TR, Carol Kasebier |
| 03/08/05 | 1.50 | $500.00 | $750.00 | Meeting with JR, MG, and AB |
| 03/08/05 | 0.50 | $500.00 | $250.00 | Call with Donna Euben, AAUP re: retainer |
| 03/08/05 | 2.00 | $500.00 | $1,000.00 | Emails to AAR, AAUP, and TR re: FOIA |
| 03/10/05 | 1.50 | $500.00 | $750.00 | Meeting with Ann Beeson and Steve Shapiro re: AAUP retainer; edit retainer, send to AAUP |
| 03/10/05 | 1.00 | $500.00 | $500.00 | Call with Freyda Gottesman re: APA claim |
| 03/14/05 | 1.00 | $500.00 | $500.00 | Call with Donna Euben re: AAUP retainer; revising retainer, meeting with Steve Shapiro |
| 03/15/05 | 1.00 | $500.00 | $500.00 | Call with TR, meeting with JR and MG, call with CS |
| 03/16/05 | 4.50 | $500.00 | $2,250.00 | Drafting email updates for AAR and AAUP, drafting letter |
| 03/17/05 | 1.50 | $500.00 | $750.00 | Emailing AAUP |
| 03/17/05 | 1.00 | $500.00 | $500.00 | Meeting with Roger Bowen, AAUP, to discuss litigation plan |
| 03/17/05 | 1.50 | $500.00 | $750.00 | Researching constructive denial of visa |
| 03/18/05 | 0.50 | $500.00 | $250.00 | Meeting with Omar Jadwat re: unconstitutional delegation argument |
| 03/18/05 | 0.50 | $500.00 | $250.00 | Call with AAR re: next steps |
| 03/21/05 | 1.50 | $500.00 | $750.00 | Call with Donna Euben, AAUP re: possibility of applying for new visa |
| 03/21/05 | 3.00 | $500.00 | $1,500.00 | Drafting letter from AAUP to DHS/DOS re TR |

| | | | | |
|---|---|---|---|---|
| 03/22/05 | 1.00 | $500.00 | $500.00 | Meeting with MG re: AAUP letter to DOS/DHS |
| 03/24/05 | 0.50 | $500.00 | $250.00 | Call with Donna Euben, AAUP |
| 03/28/05 | 1.50 | $500.00 | $750.00 | Finalizing letter from AAUP to DOS/DHS |
| 03/31/05 | 1.50 | $500.00 | $750.00 | Reviewing outline for complaint; reviewing questions for AAUP, AAR |
| 04/12/05 | 4.00 | $500.00 | $2,000.00 | Reviewing research memos re: challenged statute |
| 04/13/05 | 2.50 | $500.00 | $1,250.00 | Researching jurisdictional issues |
| 04/13/05 | 5.00 | $500.00 | $2,500.00 | Drafting complaint |
| 04/14/05 | 8.00 | $500.00 | $4,000.00 | Drafting complaint |
| 04/15/05 | 3.50 | $500.00 | $1,750.00 | Drafting complaint |
| 04/15/05 | 1.00 | $500.00 | $500.00 | Call with Ann Beeson re: litigation strategy |
| 04/21/05 | 0.50 | $500.00 | $250.00 | Meeting with JR re: litigation strategy |
| 04/25/05 | 7.50 | $500.00 | $3,750.00 | Revising complaint |
| 04/26/05 | 2.00 | $500.00 | $1,000.00 | Meeting with MG, Ann Beeson, Ben Wizner re litigation strategy |
| 04/27/05 | 1.00 | $500.00 | $500.00 | Meeting with MG, call with Donna Euben |
| 04/27/05 | 2.00 | $500.00 | $1,000.00 | Reviewing complaint |
| 04/28/05 | 1.50 | $500.00 | $750.00 | Reviewing complaint |
| 04/28/05 | 1.00 | $500.00 | $500.00 | Call with CS; meeting with MG re complaint |
| 04/29/05 | 0.50 | $500.00 | $250.00 | Meeting with Steve Shapiro and MG re complaint |
| 05/02/05 | 1.50 | $500.00 | $750.00 | Meeting with JR, CS, MG re: litigation strategy |
| 05/03/05 | 1.50 | $500.00 | $750.00 | Drafting email to TR re: visa, litigation |
| 05/05/05 | 1.00 | $500.00 | $500.00 | Call with AAUP re next steps |
| 05/05/05 | 1.00 | $500.00 | $500.00 | Emails to TR, AAUP, AAR re: next steps |
| 05/10/05 | 1.50 | $500.00 | $750.00 | Reviewing TR visa application |
| 05/12/05 | 1.50 | $500.00 | $750.00 | Reviewing TR visa application |
| 05/13/05 | 3.00 | $500.00 | $1,500.00 | Reviewing TR visa application |

| | | | | |
|---|---|---|---|---|
| 05/18/05 | 0.20 | $500.00 | $100.00 | Meeting with JR |
| 07/07/05 | 0.25 | $500.00 | $125.00 | Meet w/JR & MG re: FOIA |
| 08/19/05 | 1.50 | $500.00 | $750.00 | Finalizing visa application for TR |
| 08/24/05 | 0.50 | $500.00 | $250.00 | Finalizing visa application for TR |
| 09/07/05 | 1.50 | $500.00 | $750.00 | Call with Ahilan Arulanantham re: Real ID amendments |
| 09/08/05 | 0.50 | $500.00 | $250.00 | Emails to TR re next steps |
| 09/14/05 | 1.00 | $500.00 | $500.00 | Call with TR re: visa appointment |
| 09/21/05 | 0.50 | $500.00 | $250.00 | Reviewing research memos |
| 09/26/05 | 1.00 | $500.00 | $500.00 | Meeting with MG to discuss research questions |
| 09/27/05 | 5.00 | $500.00 | $2,500.00 | Drafting complaint |
| 09/30/05 | 4.00 | $500.00 | $2,000.00 | Drafting complaint; researching jurisdictional issues |
| 10/11/05 | 4.00 | $500.00 | $2,000.00 | Drafting complaint |
| 10/13/05 | 5.00 | $500.00 | $2,500.00 | Drafting complaint |
| 10/15/05 | 7.00 | $500.00 | $3,500.00 | Drafting complaint |
| 10/18/05 | 2.00 | $500.00 | $1,000.00 | Drafting complaint; meeting with MG |
| 10/26/05 | 0.50 | $500.00 | $250.00 | Meeting with MG re: constructive denial |
| 10/28/05 | 1.00 | $500.00 | $500.00 | Writing to TR re: status |
| 11/03/05 | 3.50 | $500.00 | $1,750.00 | Reviewing materials for meeting |
| 11/04/05 | 2.50 | $500.00 | $1,250.00 | Meeting with CS, JR, MG |
| 11/08/05 | 1.00 | $500.00 | $500.00 | Call with CS re constructive denial |
| 11/15/05 | 0.50 | $500.00 | $250.00 | Call with Larry Siems, PEN |
| 11/15/05 | 5.00 | $500.00 | $2,500.00 | Drafting AAUP affidavit |
| 11/17/05 | 1.00 | $500.00 | $500.00 | Meeting with MG and Sarah Glenn re: affidavits of AAUP, AAR, PEN |
| 11/18/05 | 5.50 | $500.00 | $2,750.00 | Reviewing complaint, AAUP declaration, circulating to AAUP |
| 11/21/05 | 0.50 | $500.00 | $250.00 | Call with TR |

| Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|
| 11/28/05 | 4.00 | $500.00 | $2,000.00 | Email TR re: filing of complaint in January; draffting AAR affidavit |
| 11/29/05 | 5.50 | $500.00 | $2,750.00 | Revising AAR affidavit |
| 11/30/05 | 4.00 | $500.00 | $2,000.00 | Editing AAR affidavit, email to AAR |
| 12/01/05 | 6.00 | $500.00 | $3,000.00 | Drafting complaint |
| 12/02/05 | 4.50 | $500.00 | $2,250.00 | Drafting complaint |
| 12/06/05 | 0.50 | $500.00 | $250.00 | Meeting with Sarah Glenn re: right to hear |
| 12/06/05 | 0.25 | $500.00 | $125.00 | Call with Donna Euben, AAUP |
| 12/07/05 | 0.50 | $500.00 | $250.00 | Call with Barbara DeConcini, AAR re: affidavit; call with TR |
| 12/09/05 | 0.50 | $500.00 | $250.00 | Meet with Sarah Glenn, MG |
| 01/03/06 | 2.00 | $500.00 | $1,000.00 | Editing complaint |
| 01/04/06 | 3.50 | $500.00 | $1,750.00 | Editing complaint |
| 01/05/06 | 2.00 | $500.00 | $1,000.00 | Revising complaint; call with CS re: litigation strategy |
| 01/07/06 | 4.00 | $500.00 | $2,000.00 | Revising complaint; emails to plaintiffs |
| 01/10/06 | 2.00 | $500.00 | $1,000.00 | Calls to plaintiffs and TR; revising complaint |
| 01/11/06 | 0.50 | $500.00 | $250.00 | Calls and emails with AAUP |
| 01/11/06 | 2.50 | $500.00 | $1,250.00 | Revising complaint for AAUP suggestions |
| 01/12/06 | 1.00 | $500.00 | $500.00 | Call with TR |
| 01/12/06 | 1.50 | $500.00 | $750.00 | Call with AAR |
| 01/19/06 | 1.50 | $500.00 | $750.00 | Meet with MG to discuss complaint |
| 01/19/06 | 1.50 | $500.00 | $750.00 | Meet with JR et al re: complaint |
| 01/19/06 | 1.00 | $500.00 | $500.00 | Editing complaint |
| 01/22/06 | 8.50 | $500.00 | $4,250.00 | Editing complaint |
| 01/23/06 | 1.00 | $500.00 | $500.00 | Editing complaint |
| 01/24/06 | 2.00 | $500.00 | $1,000.00 | Finalizing complaint |
| 01/24/06 | 5.00 | $500.00 | $2,500.00 | Editing letter to Judge Crotty, finalizing complaint |
| 01/25/06 | 0.50 | $500.00 | $250.00 | Filing complaint, circulating to plaintiffs |

SUBTOTAL    316.20              $158,100.00

| | | | PI Motion | |
|---|---|---|---|---|
| Date | Time (hrs) | Rate | Fees | Description |
| 01/31/06 | 1.00 | $500.00 | $500.00 | Meeting with MG to discuss next steps |
| 02/07/06 | 3.50 | $500.00 | $1,750.00 | Drafting PI motion |
| 02/13/06 | 6.50 | $500.00 | $3,250.00 | Drafting PI brief |
| 02/14/06 | 0.50 | $500.00 | $250.00 | Drafting PI brief |
| 02/14/06 | 0.50 | $500.00 | $250.00 | Call with Chuck Sims re amicus brief |
| 02/15/06 | 0.50 | $500.00 | $250.00 | Meeting with MG re: PI brief |
| 02/21/06 | 3.00 | $500.00 | $1,500.00 | Drafting PI brief |
| 02/23/06 | 3.50 | $500.00 | $1,750.00 | Drafting First Amendment section of PI brief |
| 02/27/06 | 6.00 | $500.00 | $3,000.00 | Drafting PI brief |
| 02/28/06 | 1.50 | $500.00 | $750.00 | Drafting PI brief |
| 03/01/06 | 1.00 | $500.00 | $500.00 | Call with Chuck Sims re: amicus briefs |
| 03/01/06 | 1.50 | $500.00 | $750.00 | Drafting PI brief |
| 03/04/06 | 4.50 | $500.00 | $2,250.00 | Drafting PI brief |
| 03/05/06 | 9.00 | $500.00 | $4,500.00 | Drafting PI brief |
| 03/06/06 | 9.50 | $500.00 | $4,750.00 | Drafting PI brief |
| 03/07/06 | 3.00 | $500.00 | $1,500.00 | Drafting pre-motion conference letter to Judge Crotty |
| 03/08/06 | 1.00 | $500.00 | $500.00 | Meeting with Steve Shapiro AE, MG re: PI draft |
| 03/09/06 | 3.00 | $500.00 | $1,500.00 | Finalizing AAR, PEN, AAUP affidavits |
| 03/12/06 | 7.00 | $500.00 | $3,500.00 | Preparing for conference, revising PI brief |
| 03/13/06 | 2.00 | $500.00 | $1,000.00 | Preparing for conference |
| 03/13/06 | 1.00 | $500.00 | $500.00 | Pre-motion conference with Judge Crotty |
| 03/13/06 | 5.50 | $500.00 | $2,750.00 | Finalizing brief, affidavits |
| 03/14/06 | 5.50 | $500.00 | $2,750.00 | Finalizing brief |
| 03/14/05 | 5.50 | $500.00 | $2,750.00 | Finalizing brief, affidavits |
| 03/15/06 | 4.00 | $500.00 | $2,000.00 | Finalizing brief |

| Date | Time (hrs) | Rate | Fees | Description |
|---|---|---|---|---|
| 03/21/06 | 1.00 | $500.00 | $500.00 | Meeting with MG to discuss anticipated opposition brief |
| 04/03/06 | 1.50 | $500.00 | $750.00 | Meeting with MG to discuss brief; drafting reply brief outline |
| 04/03/06 | 1.00 | $500.00 | $500.00 | Meeting with legal team re: government brief and reply brief |
| 04/03/06 | 8.50 | $500.00 | $4,250.00 | Drafting reply brief |
| 04/03/06 | 1.50 | $500.00 | $750.00 | Call with Larry Siems, PEN |
| 04/04/06 | 10.00 | $500.00 | $5,000.00 | Drafting reply brief |
| 04/04/06 | 1.00 | $500.00 | $500.00 | Call with AAUP re: government brief and reply brief |
| 04/05/06 | 12.00 | $500.00 | $6,000.00 | Drafting reply brief |
| 04/06/06 | 0.50 | $500.00 | $250.00 | Drafting reply brief |
| 04/07/06 | 3.00 | $500.00 | $1,500.00 | Drafting reply brief |
| 04/10/06 | 9.00 | $500.00 | $4,500.00 | Preparing for argument |
| 04/11/06 | 7.50 | $500.00 | $3,750.00 | Preparing for argument |
| 04/11/06 | 1.50 | $500.00 | $750.00 | Moot court argument |
| 04/13/06 | 2.00 | $500.00 | $1,000.00 | Oral argument |
| 04/25/06 | 2.00 | $500.00 | $1,000.00 | Meeting with MG re: supplemental brief, drafting same |
| 06/23/06 | 4.50 | $500.00 | $2,250.00 | Reviewing court's decision, summarizing decision for plaintiffs |
| SUBTOTAL | 156.00 | | $78,000.00 | |

| | Time (hrs) | Rate | Fees |
|---|---|---|---|
| TOTAL | 472.20 | $500.00 | $236,100.00 |

**Melissa Goodman -- Billing in *AAR v. Napolitano***

| Pre-litigation research & Preparation of Complaint | | | | |
|---|---|---|---|---|
| Date | Time (hrs) | Rate | Fees | Description |
| 10/5/2004 | 1.00 | $375.00 | $375.00 | Meeting with Ann Beeson, JJ, Gabrielle Prisco re litigation strategy |
| 02/02/05 | 0.33 | $375.00 | $125.00 | Meeting: Conversation with Ramadan |
| 02/02/05 | 1.00 | $375.00 | $375.00 | Meeting: ALCS questions |
| 02/02/05 | 0.33 | $375.00 | $125.00 | Drafting: retainer |
| 02/03/05 | 0.50 | $375.00 | $187.50 | Meet with JJ & JR re: FOIA |
| 02/07/05 | 1.50 | $375.00 | $562.50 | Research: litigation memo |
| 02/10/05 | 4.00 | $375.00 | $1,500.00 | Research: litigation memo |
| 02/14/05 | 5.50 | $375.00 | $2,062.50 | Research: litigation memo |
| 02/15/05 | 8.00 | $375.00 | $3,000.00 | Research: litigation memo |
| 02/15/05 | 1.00 | $375.00 | $375.00 | Meeting with JJ re litigation memo |
| 02/16/05 | 5.00 | $375.00 | $1,875.00 | Research: litigation memo |
| 02/17/05 | 3.00 | $375.00 | $1,125.00 | Legal: drafting litigation memo |
| 02/20/05 | 8.00 | $375.00 | $3,000.00 | Legal: drafting litigation memo |
| 02/21/05 | 8.00 | $375.00 | $3,000.00 | Legal: drafting litigation memo |
| 02/22/05 | 12.00 | $375.00 | $4,500.00 | Legal: drafting litigation memo |
| 02/22/05 | 2.00 | $375.00 | $750.00 | Meeting with JJ to discuss litigation memo |
| 02/23/05 | 1.50 | $375.00 | $562.50 | Legal: drafting litigation memo |
| 02/24/05 | 1.00 | $375.00 | $375.00 | Meeting with JJ and JR |
| 03/08/05 | 2.00 | $375.00 | $750.00 | Legal: reviewing interns' research memos |
| 03/08/05 | 1.50 | $375.00 | $562.50 | Meeting with Ann Beeson, JJ, JR |
| 03/15/05 | 0.50 | $375.00 | $187.50 | Meeting with JJ and JR |
| 03/21/05 | 4.00 | $375.00 | $1,500.00 | Legal: plaintiff outreach/plaintiff questionaires |
| 03/22/05 | 5.00 | $375.00 | $1,875.00 | Legal: AAUP plaintiff outreach/plaintiff questionaires |
| 03/29/05 | 6.00 | $375.00 | $2,250.00 | Research: visa revocation law and process |

| Date | Hours | Rate | Total | Description |
|---|---|---|---|---|
| 03/30/05 | 6.50 | $375.00 | $2,437.50 | Research: visa revocation law and process |
| 04/01/05 | 3.00 | $375.00 | $1,125.00 | Legal: drafting visa revocation law memo |
| 04/04/05 | 7.50 | $375.00 | $2,812.50 | Legal: reviewing Ramadan's writings |
| 04/05/05 | 8.00 | $375.00 | $3,000.00 | Legal: reviewing Ramadan's writings |
| 04/06/05 | 4.00 | $375.00 | $1,500.00 | Legal: reviewing Ramadan's writings |
| 04/07/05 | 8.00 | $375.00 | $3,000.00 | Drafting: complaint |
| 04/08/05 | 8.00 | $375.00 | $3,000.00 | Drafting: complaint |
| 04/26/05 | 3.00 | $375.00 | $1,125.00 | Legal: plaintiff fact development (AAR) |
| 04/26/05 | 2.00 | $375.00 | $750.00 | Meeting with JJ, Ann Beeson, Ben Wizner re litigation strategy |
| 04/27/05 | 1.00 | $375.00 | $375.00 | Meeting with JJ |
| 04/27/05 | 3.00 | $375.00 | $1,125.00 | Legal: Plaintiff fact development (AAR) |
| 04/28/05 | 1.00 | $375.00 | $375.00 | Meeting with JJ re complaint |
| 04/29/05 | 0.50 | $375.00 | $187.50 | Meeting with Steve Shapiro and JJ re complaint |
| 05/02/05 | 1.50 | $375.00 | $562.50 | Meet with CS, JJ & JR re: litigation strategy |
| 07/07/05 | 0.25 | $375.00 | $93.75 | Meet w/ JJ & JR re: FOIA |
| 07/25/05 | 3.00 | $375.00 | $1,125.00 | Research: consular non-reviewability |
| 09/26/05 | 1.00 | $375.00 | $375.00 | Meeting with JJ to discuss research questions |
| 10/14/05 | 6.00 | $375.00 | $2,250.00 | Research: consular non-reviewability |
| 10/17/05 | 7.00 | $375.00 | $2,625.00 | Research: consular non-reviewability |
| 10/18/05 | 1.00 | $375.00 | $375.00 | Meeting with JJ |
| 10/19/05 | 4.00 | $375.00 | $1,500.00 | Research: consular non-reviewability |
| 10/20/05 | 8.00 | $375.00 | $3,000.00 | Research: consular non-reviewability |
| 10/21/05 | 3.00 | $375.00 | $1,125.00 | Drafting research memo re: consular non-reviewability |
| 10/22/05 | 5.00 | $375.00 | $1,875.00 | Drafting research memo re: consular non-reviewability |
| 10/23/05 | 3.00 | $375.00 | $1,125.00 | Researching remedies for complaint |

| 10/24/05 | 7.00 | $375.00 | $2,625.00 | Researching remedies for complaint |
|---|---|---|---|---|
| 10/26/05 | 0.50 | $375.00 | $187.50 | Meeting with JJ re constructive denial |
| 11/04/05 | 2.50 | $375.00 | $937.50 | Meeting with JJ, JR, and CS |
| 11/17/05 | 1.00 | $375.00 | $375.00 | Case meeting |
| 11/19/05 | 1.00 | $375.00 | $375.00 | Case meeting |
| 11/19/05 | 6.00 | $375.00 | $2,250.00 | Editing and revising complaint |
| 01/19/06 | 1.50 | $375.00 | $562.50 | Meeting with JJ to discuss complaint |
| SUBTOTAL | 197.92 | | $74,218.75 | |

## Preliminary Injunction Motion

| Date | Time (hrs) | Rate | Fees | Description |
|---|---|---|---|---|
| 01/31/06 | 1.00 | $375.00 | $375.00 | Meeting with JJ |
| 02/01/06 | 0.33 | $375.00 | $125.00 | IdEx call |
| 02/08/06 | 3.00 | $375.00 | $1,125.00 | Researching APA |
| 02/14/06 | 8.00 | $375.00 | $3,000.00 | Writing PI brief |
| 02/15/06 | 6.00 | $375.00 | $2,250.00 | Writing PI brief |
| 02/15/06 | 0.50 | $375.00 | $187.50 | Meeting with JJ re PI brief |
| 02/21/06 | 4.00 | $375.00 | $1,500.00 | Writing PI brief |
| 02/23/06 | 7.00 | $375.00 | $2,625.00 | Writing PI brief |
| 02/25/06 | 7.00 | $375.00 | $2,625.00 | Writing PI brief |
| 02/27/06 | 6.00 | $375.00 | $2,250.00 | Writing PI brief |
| 02/28/06 | 2.00 | $375.00 | $750.00 | Drafting AAR affidavit |
| 03/02/06 | 6.00 | $375.00 | $2,250.00 | Revising affidavit |
| 03/08/05 | 1.00 | $375.00 | $375.00 | Meeting with Steve Shapiro AE, JJ re PI draft |
| 03/12/06 | 8.00 | $375.00 | $3,000.00 | Researching visa confidentiality statute |
| 03/13/06 | 1.00 | $375.00 | $375.00 | Court conference |
| 03/13/06 | 2.00 | $375.00 | $750.00 | Drafting PI motions and writing brief |
| 03/13/06 | 10.00 | $375.00 | $3,750.00 | Writing PI brief |
| 03/14/06 | 12.50 | $375.00 | $4,687.50 | Writing PI brief |
| 03/21/06 | 1.00 | $375.00 | $375.00 | Meeting with JJ to discuss anticipated opposition brief |
| 03/27/06 | 0.50 | $375.00 | $187.50 | Case meeting |
| 04/03/06 | 12.00 | $375.00 | $4,500.00 | Writing PI reply brief |
| 04/03/06 | 1.00 | $375.00 | $375.00 | Meeting with JJ to discuss brief |
| 04/04/06 | 12.00 | $375.00 | $4,500.00 | Writing PI reply brief |
| 04/05/06 | 9.00 | $375.00 | $3,375.00 | Writing PI reply brief |
| 04/06/06 | 1.00 | $375.00 | $375.00 | Writing PI reply brief |
| 04/07/06 | 10.50 | $375.00 | $3,937.50 | Writing PI reply brief |

| Date | Time (hrs) | Rate | Fees | Description |
|---|---|---|---|---|
| 04/25/06 | 1.00 | $375.00 | $375.00 | Meeting with JJ to discuss supplemental brief |
| 04/25/06 | 10.00 | $375.00 | $3,750.00 | Writing supplemental reply brief |
| SUBTOTAL | 142.33 | | **$53,375.00** | |

| | Time (hrs) | Rate | Fees |
|---|---|---|---|
| **TOTAL** | **340.25** | **$375.00** | **$127,593.75** |

**Judy Rabinovitz -- Billing in *AAR v. Napolitano***

### Pre-litigation research & Preparation of Complaint

| Date | Time (hrs) | Rate | Fees | Description |
|---|---|---|---|---|
| 12/10/04 | 2.00 | $600 | $1,200 | Review cases/legal memos in advance of meeting |
| 12/10/04 | 1.00 | $600 | $600 | Ideological exclusion meeting |
| 01/31/05 | 0.25 | $600 | $150 | Review ideological exclusion email |
| 02/01/05 | 0.75 | $600 | $450 | Review JJ's email to Tariq and ACLS |
| 02/03/05 | 0.50 | $600 | $300 | Meet with JJ & MG re: FOIA |
| 02/21/05 | 1.00 | $600 | $600 | Catch up on reading in prep for mtg; review JJ email re waiver issues |
| 02/22/05 | 0.50 | $600 | $300 | Meet with JJ |
| 02/24/05 | 2.00 | $600 | $1,200 | Review litigation memo; talk to CS; meet with JJ and MG |
| 03/03/05 | 0.50 | $600 | $300 | Misc. emails with JJ and Lucas Guttentag/Lee Gelernt to discuss case strategy |
| 03/04/05 | 1.00 | $600 | $600 | Meet with JJ |
| 03/08/05 | 1.50 | $600 | $900 | Meet with Ann Beeson, JJ, & MG |
| 03/15/05 | 0.50 | $600 | $300 | Meet with JJ & MG |
| 03/16/05 | 0.50 | $600 | $300 | Review JJ's letter to AAR |
| 03/17/05 | 0.20 | $600 | $120 | Misc emails/calls re visa process, etc. |
| 03/22/05 | 0.50 | $600 | $300 | Review AAUP letter |
| 04/21/05 | 0.50 | $600 | $300 | Meet with JJ re: litigation strategy |
| 05/02/05 | 1.50 | $600 | $900 | Meet with CS, JJ & MG re: litigation strategy |
| 05/03/05 | 0.50 | $600 | $300 | Review letter to Tariq |
| 05/05/05 | 1.00 | $600 | $600 | Telephone conference w/ AAUP |
| 05/18/05 | 0.20 | $600 | $120 | Meet w/JJ |

| Date | Hours | Rate | Description |
|---|---|---|---|
| 07/07/05 | 0.25 | $600 | $150 | Meet w/JJ & MG re: FOIA |
| 09/21/05 | 0.50 | $600 | $300 | Supervise Sarah in getting stats re visa denials |
| 11/04/05 | 2.50 | $600 | $1,500 | Meet with JJ, MG, and CS |
| 01/18/06 | 2.00 | $600 | $1,200 | Review complaint |
| 01/19/06 | 1.50 | $600 | $900 | Meet with JJ et al re: complaint |
| 01/24/06 | 0.50 | $600 | $300 | review/edit complaint |
| **SUBTOTAL** | **23.65** | | **$14,190.00** | |

| Preliminary Injunction Motion ||||
| Date | Time (hrs) | Rate | Fees | Description |
|---|---|---|---|---|
| 01/29/06 | 2.25 | $600 | $1,350 | Review/edit PI |
| 03/12/06 | 3.50 | $600 | $2,100 | Review PI; email with JJ & MG… |
| 04/02/06 | 2.00 | $600 | $1,200 | Review gov'ts opp & PI |
| 04/03/06 | 1.00 | $600 | $600 | TC w/co-counsel re: response to gov. opp |
| 04/06/06 | 3.00 | $600 | $1,800 | Review/edit reply brief |
| 04/11/06 | 1.20 | $600 | $720 | Participate in Moot |
| 04/13/06 | 2.00 | $600 | $1,200 | Attend oral argument |
| 04/25/06 | 0.50 | $600 | $300 | Review gov supplemental brief |
| 04/26/06 | 1.00 | $600 | $600 | Review reply brief |
| 04/27/06 | 1.00 | $600 | $600 | Review reply brief |
| 06/23/06 | 1.50 | $600 | $900 | Review court's decision |
| **SUBTOTAL** | **18.95** | | **$11,370.00** | |

| | Time (hrs) | Rate | Fees |
|---|---|---|---|
| **TOTAL** | **42.6** | **$600** | **$25,560.00** |

Arthur Eisenberg's Hours
(Jan-June 2006)

| Date | Description | Time (hrs) |
|---|---|---|
| 1/19/2006 | Review draft of Complaint | 1.5 |
| 3/13/2006 | Prepare for conference w/court; conference | 0.75 |
| 3/14/2006 | Review draft of Memo of law in Support of PI | 0.5 |
| 4/3/2006 | Conference call w/Jameel Jaffer (JJ) et al., to discuss government's opposition to PI | 1 |
| 4/27/2006 | Edit Reply Brief | 0.75 |
| 6/26/2006 | Conversations with JJ re Ramadan | 0.25 |
| | **TOTAL** | **4.75** |

1