Exhibit C

Tab 1

Exercise of Discretionary Authority under Section 212(d)(3)(B)(i)
of the Immigration and Nationality Act

Following consultation with the Secretary of Homeland Security and the
Attorney General, the Secretary of State hereby concludes, as a matter of discretion
in accordance with the authority granted by § 212(d)(3)(B)(i) of the Immigration
and Nationality Act (INA), and considering the national security and foreign policy
interests deemed relevant in these consultations, that INA
§212(a)(3)(B)(iv)(VI)(dd) shall not apply, for purposes of any application for non-
immigrant visa or for admission as a non-immigrant, to Mr. Tariq Ramadan,
relative to donations made to the *Comité de Bienfaisance et de Secours aux
Palestiniens* and the *Association de Secours Palestinien* prior to 2003.

Unless revoked, any determination made under this exercise of authority
shall apply to any future application for a non-immigrant visa.  This exercise of
authority is not intended to create any substantive or procedural right or benefit
that is legally enforceable by any party against the United States or its agencies or
officers or any other person.

The foregoing determination is based on an assessment related to the
national security and foreign policy interests of the United States as they apply to
the particular persons described herein and shall not have any application with
respect to other persons or to other provisions of U.S. law.

Dated:

Hillary Rodham Clinton
Secretary of State