```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 8 JUN 2010
```



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 8, 2010

**BY FAX: (212) 805-6304**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED: 08 JUN 2010

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

Re:   American Academy of Religion, et al. v. Napolitano, et al.,
      06 Civ. 588 (PAC)

Dear Judge Crotty:

I write respectfully to request, with plaintiffs' consent, modification of the deadlines for briefing in connection with plaintiffs' amended motion for an award of attorneys' fees. Plaintiffs' motion was filed on May 27, with no Court-approved briefing schedule in place. Under Local Civil Rule 6.1(b), the Government's opposition is now due June 10, and any reply is due June 17.

The parties have agreed, subject to the Court's approval, to extend these deadlines, so that the Government's opposition will be due July 22, 2010, and plaintiff's reply, if any, will be due August 12, 2010.

We respectfully request that the Court "so order" this letter to approve this proposed schedule. Thank you for your consideration of this request.

Respectfully,

PREET BHARARA
United States Attorney

By:  /s/ David S. Jones
     DAVID S. JONES
     Assistant United States Attorney
     Tel. No.: (212) 637-2739
     Fax No.: (212) 637-2730

cc:   Jameel Jaffer and Melissa Goodman, Esqs. (by email and fax: 212-549-2629)