```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
AMERICAN ACADEMY OF RELIGION, et al.,  :
                                       :
              Plaintiffs,              :
                                       :
        - v. -                         :
                                       :
JANET NAPOLITANO, in her official capacity :
as Secretary of the Department of Homeland :
Security; HILLARY RODHAM CLINTON,      :
in her official capacity as Secretary of State, :
                                       :
              Defendants.              :
------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 20 JUL 2010

ECF CASE

06 Civ. 588 (PAC)

ORDER MODIFYING
BRIEFING SCHEDULE

WHEREAS, plaintiffs have filed a motion for an award of attorneys' fees, to which defendants' opposition presently is due on July 22, 2010, with any reply by plaintiffs due by August 12, 2010; and

WHEREAS, defendants requested, and plaintiffs do not oppose, a three-week extension of the briefing schedule;

It is hereby ORDERED that defendants' opposition to plaintiffs' amended motion for an award of attorneys' fees is due on August 12, 2010, and plaintiffs' reply, if any, is due on September 2, 2010.

Dated: New York, New York
       July 20, 2010

_____
United States District Judge

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*
July 19, 2010

**BY FAX: (212) 805-6304**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    American Academy of Religion, et al. v. Napolitano, et al.,
                06 Civ. 588 (PAC) - Government's Extension Request

Dear Judge Crotty:

    I write respectfully to request a three-week extension of the briefing schedule on plaintiffs' amended motion for an award of attorneys' fees. Plaintiffs do not oppose this request. Due primarily to an extraordinarily heavy workload on another significant and time-sensitive matter, I am unable to complete the Government's opposition within the current Court-approved schedule.

    Under that schedule, the Government's opposition is now due July 22, 2010, and any reply by plaintiffs is due August 12, 2010. The requested extension would make the Government's opposition due on August 12, 2010, and plaintiffs' reply due on September 2. We do not anticipate seeking any further extensions of the modified schedule. This is the Government's first request for an extension of the current schedule, which the Government requested as a modification of the default briefing deadlines of the Federal and local rules.

    As called for by Your Honor's individual rules, I respectfully enclose a proposed scheduling order. Thank you for your consideration.

                                          Respectfully,

                                          PREET BHARARA
                                          United States Attorney

                    By:    _____
                              DAVID S. JONES
                              Assistant United States Attorney
                              Tel. No.: (212) 637-2739
                              Fax No.: (212) 637-2730

cc: Jameel Jaffer and Melissa Goodman, Esqs. (by email and fax: 212-549-2629)